

# MEMORANDUM

**U.S. PROBATION OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**

**DATE:** February 1, 2013

**TO:** Honorable Saundra Brown Armstrong
Senior United States District Judge

**FROM:** Shaheen Shan
United States Probation Officer

**SUBJECT:** Llasmin Lozoya-Mendoza
CR 12-00565 SBA
REQUEST FOR FOREIGN TRAVEL

On June 10, 2011, the offender was sentenced by the Honorable Philip M. Pro in the District of Nevada to thirty months imprisonment followed by three years of supervised release, for a violation of the following: Money Laundering Conspiracy (18 U.S.C. § 1956(h), a Class C felony. The following special conditions of supervision were ordered: Special assessment $100; not to possess any firearms, ammunition, destructive devices, or other dangerous weapons; search and DNA testing. Supervision commenced on June 24, 2012.

Jurisdiction was transferred to the Northern District of California on July 12, 2012.

The offender is requesting to travel to Mexico to visit her family. At present, the offender is requesting to travel with tentative travel dates of February 11, 2013 through February 22, 2013. The offender indicated the travel dates may change dependant on availability of flights and cost. The defendant is in compliance with all aspects of her supervision and does not appear to be a flight risk. The undersigned is in agreement with the requested travel.

Respectfully submitted,

Shaheen Shan
U.S. Probation Officer

Reviewed by:

FOR

Amy Rizor
Supervisory U.S. Probation Officer

Travel is:

☑ Approved
☐ Denied

2-5-13
Date

Saundra Brown Armstrong
Senior United States District Judge